IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALT G. MAGRAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 07-4925 |

FILED
JUN 1 1 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this *11* day of *June*, 2009, upon consideration of Plaintiff's Motion for Summary Judgment and Defendant's Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as Plaintiff requests a remand;

    3. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_/s/ Juan R. Sánchez_
JUAN R. SÁNCHEZ, J.